07-495 (GK)

```
DUPLICATE

Court Name: District of Columbia
Division: 1
Receipt Number: 4616003214
Cashier ID: aludd1
Transaction Date: 03/29/2007
Payer Name: Wilmer Hale
--------------------------------
TREASURY REGISTRY
 For: Wilmer Hale
 Case/Party: D-DCX-1-07-CV-000495-001
 Amount:      $565,042.00
--------------------------------
CHECK
 Check/Money Order Num: 462811694
 Amt Tendered: $565,042.00
--------------------------------
Total Due:     $565,042.00
Total Tendered: $565,042.00
Change Amt:    $0.00


Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```

# WILMERHALE

March 29, 2007

By Hand

Clerk of the Court
Clerk's Office, Room 1225
United States District Court for
the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Laurie M. Stegman**

+1 202 663 6225 (t)
+1 202 663 6363 (f)
laurie.stegman@wilmerhale.com

Re: Securities and Exchange Commission v. Pliner,
    No. 1:07-cv-00495 (D.D.C. March 15, 2007) (GK)

Dear Madame:

On March 16, 2007, Judge Gladys Kessler signed a Final Judgment as to Defendant Edward S. Pliner (the "Final Judgment") in the above captioned civil action, which was filed on March 15, 2007. The Final Judgment was thereafter entered on March 26, 2007. Pursuant to Section IV of the Final Judgment, Mr. Pliner hereby satisfies his obligation to pay disgorgement of $325,000, prejudgment interest thereon of $90,043, and a civil penalty of $150,000 by submitting the enclosed bank cashier's check in the amount of $565,042, payable to Clerk, U.S. District Court. It is our understanding that the Final Judgment requires the Clerk to deposit the funds into an interest bearing account with the Court Registry Investment System ("CRIS") or any other type of interest bearing account that is used by the Court.

If you have any questions, please do not hesitate to call me at the above-listed telephone number or my colleague Kevin McEnery at (202) 663-6596.

Very truly yours,

Laurie Stegman

Enclosure

cc: Christopher J. Stewart, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION, )
100 F Street, N.E. )
Washington, D.C. 20549 )
)
)
Plaintiff, )   PCCA799
)
v. )   Case: 1:07-cv-00495
)   Assigned To : Kessler, Gladys
EDWARD S. PLINER, PAR1166 )   Assign. Date : 3/15/2007
)   Description: SECC v. PLINER
Defendant. )
)

## FINAL JUDGMENT AS TO DEFENDANT EDWARD S. PLINER

The Securities and Exchange Commission having filed a Complaint and Edward S. Pliner ("Defendant") having entered a general appearance, consented to the Court's jurisdiction over Defendant and the subject matter of this action, consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction), waived findings of fact and conclusions of law, and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Sections 17(a)(2) and (3) of the Securities Act [15 U.S.C. § 77q(a)] in the offer or sale of any