**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
SECURITIES AND EXCHANGE COMMISSION,  )
100 F Street, N.E.                            )   Civil Action No. 06-1182
Washington, D.C.  20549                       )
                                              )   PLAINTIFF'S MOTION
                    Plaintiff,                )   TO CONSOLIDATE
                                              )   ACTIONS
        v.                                    )
                                              )
RAYTHEON COMPANY, DANIEL P. BURNHAM,          )
and ALDO R. SERVELLO,                         )
                                              )
                    Defendants.               )
_____)

## THE SEC'S MOTION TO CONSOLIDATE ACTIONS

The Securities and Exchange Commission ("SEC" or "Commission") respectfully requests that the Court enter an Order consolidating this action and three later-filed SEC enforcement actions (SEC v. Caine, 07 Civ. 00494 GK (D.D.C.); SEC v. Pliner, 07 Civ. 00495 GK (D.D.C.); and SEC v. Gray, 07 Civ. 00496 GK (D.D.C.) [collectively, the Raytheon Enforcement Actions]), all of which alleged violations of the federal securities laws in connection with the accounting of Raytheon Company.  Final judgments have been entered against the defendants in all four actions.  Pursuant to these final judgments, six defendants have paid disgorgement, prejudgment interest and/or penalties in the total amount of $14,776,840.65.  These funds were paid to the Clerk of this Court and deposited into separate interest-bearing accounts (the "Distribution Funds").   Each final judgment provides, in part, that the Distribution Funds may be distributed pursuant to the Fair Fund provisions of the Section 308(a) of the Sarbanes-Oxley Act of 2002.

The SEC now seeks to consolidate the four Raytheon Enforcement Actions for purposes of distributing the Distribution Funds to investors who purchased Raytheon stock during the time

of the fraudulent accounting. Under Rule 42(a) of the Federal Rules of Civil Procedure, consolidation is appropriate because, for distribution purposes, the actions involve common questions of fact and law.

Joint administration of the Distribution Funds from these four actions would promote efficiency and maximize the funds returned to investors. Administering these cases separately would require the appointment of multiple distribution agents, who would have to identify and send notices to many of the same claimants, review possibly redundant proofs of claim, and distribute multiple checks to many of the same investors. Such an unwieldy process would also likely confuse and inconvenience investors, who would receive multiple notices and be required to submit multiple claims forms. Consolidation, by contrast, would permit, a single distribution agent to conduct unified notice and claims administration procedures. This would reduce the overall costs of the distribution process, which are paid out of the Distribution Funds and thus ultimately borne by the defrauded investors.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached Proposed Order and grant such other relief as the Court deems just and proper.

Dated: September 25, 2007                   Respectfully submitted,

<u>s/ John D. Worland, Jr.</u>
John D. Worland, Jr. (DC Bar No. 427797)
Timothy N. England
Beth Collier Groves
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
(202) 551-4542

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       **Plaintiff,**<br><br>v.<br><br>RAYTHEON COMPANY, DANIEL P. BURNHAM,<br>and ALDO R. SERVELLO,<br><br>       **Defendants.** | Civil Action No. 06-1182 |
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       **Plaintiff,**<br><br>v.<br><br>FRANKLYN A. CAINE,<br>21 Dexter Street<br>Dedham, MA 02026<br><br>       **Defendant.** | Civil Action No. 07-00494 |
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       **Plaintiff,**<br><br>v.<br><br>EDWARD S. PLINER,<br>13 Locust Street<br>Salem, MA 01970<br><br>       **Defendant.** | Civil Action No. 07- 00495 |

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       **Plaintiff,**<br>v.<br><br>JAMES E. GRAY,<br>13498 East Columbine Drive<br>Scottsdale, AZ 85260<br><br>       **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 07-00496**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER TO CONSOLIDATE ACTIONS**

The Court having reviewed the Securities and Exchange Commission's motion to consolidate actions and for good cause shown,

**IT IS HEREBY ORDERED:**

1. Pursuant to Final Judgments and Final Orders entered in these four Securities and Exchange Commission ("SEC") enforcement actions, Defendants Raytheon Company, Daniel P. Burnham, Aldo R. Servello, Franklyn A. Caine, Edward S. Pliner and James E. Gray have paid disgorgement, prejudgment interest and/or penalties in the total amount of $14,776,840.65. These funds were paid to the Clerk of this Court and deposited into separate interest-bearing accounts (the "Distribution Funds"). Each final judgment provides, in part, that the Distribution Funds may be distributed pursuant to the Fair Fund provisions of the Section 308(a) of the Sarbanes-Oxley Act of 2002.

2. The Court hereby orders that the above-captioned actions are consolidated for administrative purposes and eventual distribution to investors.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

This is to certify that I have caused a copy of this **Motion to Consolidate** to be served upon the persons listed below by First Class Mail or ECF filing on this 25th day of September, 2007:

Counsel for Raytheon Company

       Griffith L. Green
       Sidley Austin, LLP
       1501 K Street, NW
       Washington, D.C. 2005-1401
       202-736-8126

Counsel for Daniel P. Burnham and Aldo R. Servello

       Stephen J. Crimmins
       Bingham, LLP
       2020 K Street, NW
       Washington, D.C. 20006-1806
       202-373-6108

Counsel for Franklyn A. Caine

       Joseph I. Goldstein
       Mayer Brown Rowe & Maw
       1909 K Street NW
       Washington, DC 20006
       202-263-3344

Counsel for Edward S. Pliner

       Harry Weiss and Laurie Stegman
       Wilmer Hale LLP
       1875 Pennsylvania Avenue, NW
       Washington, DC 20006
       202-663-6993 (Weiss)
       202-663-6225 (Stegman)

Counsel for James E. Gray

    Mark Radke
    LeBoeuf Lamb Greene & MacRae LLP
    1875 Connecticut Avenue NW, Suite 1200
    Washington, DC 20009
    202-986-8076 (Radke)

      <u>s/ John D. Worland, Jr.</u>
      John D. Worland, Jr.