UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, DANIEL P. BURNHAM,<br>and ALDO R. SERVELLO,<br><br>       Defendants. | Civil Action No. 06-1182 |
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       Plaintiff,<br><br>v.<br><br>FRANKLYN A. CAINE,<br>21 Dexter Street<br>Dedham, MA 02026<br><br>       Defendant. | Civil Action No. 07-00494 |
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       Plaintiff,<br><br>v.<br><br>EDWARD S. PLINER,<br>13 Locust Street<br>Salem, MA 01970<br><br>       Defendant. | Civil Action No. 07-00495 |

SECURITIES AND EXCHANGE COMMISSION,                )
100 F Street, N.E.                                  )
Washington, D.C. 20549                              )
                                                    )
                  **Plaintiff,**    )
   v.                                           )   Civil Action No. 07-00496
                                                    )
JAMES E. GRAY,                                      )
13498 East Columbine Drive                          )
Scottsdale, AZ 85260                                )
                                                    )
                  **Defendant.**  )

## [PROPOSED] ORDER TO CONSOLIDATE ACTIONS
*(unopposed)*

The Court having reviewed the Securities and Exchange Commission's motion to consolidate actions and for good cause shown,

**IT IS HEREBY ORDERED:**

1. Pursuant to Final Judgments and Final Orders entered in these four Securities and Exchange Commission ("SEC") enforcement actions, Defendants Raytheon Company, Daniel P. Burnham, Aldo R. Servello, Franklyn A. Caine, Edward S. Pliner and James E. Gray have paid disgorgement, prejudgment interest and/or penalties in the total amount of $14,776,840.65. These funds were paid to the Clerk of this Court and deposited into separate interest-bearing accounts (the "Distribution Funds"). Each final judgment provides, in part, that the Distribution Funds may be distributed pursuant to the Fair Fund provisions of the Section 308(a) of the Sarbanes-Oxley Act of 2002.

2. The Court hereby orders that the above-captioned actions are consolidated for administrative purposes and eventual distribution to investors.

Dated: Oct. 15, 2007

_____
UNITED STATES DISTRICT JUDGE